UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMBER SAILER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-2151-B |
| | § | |
| AMERICAN BANKERS INSURANCE | § | |
| COMPANY OF FLORIDA, | § | |
| | § | |
| Defendant. | § | |

### ORDER TO SHOW CAUSE

On December 20, 2023, the Court ordered the parties to show cause "why they have not yet attended mediation and/or filed an Alternative Dispute Resolution (ADR) Summary" by January 10, 2024. Doc. 24, Order. Defendant American Bankers Insurance Company of Florida responded to the Order to Show Cause; however, Plaintiff Amber Sailer failed to file a timely response. *See* Doc. 25, Resp.

Therefore, the Court **ORDERS** the following: On or before **Thursday, January 18, 2024**, Sailer and her counsel must **SHOW CAUSE**, in writing, why they failed to comply with the Court's prior Order to Show Cause (Doc. 24) and why they have not yet attended mediation. Failure to show cause or file the appropriate documents may result in sanctions.

SO ORDERED.

SIGNED: January 11, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE