## **MEMORANDUM**

Date:   January 18, 2024

To:     Judge Jane J. Boyle

From:  Eric Dick, Counsel for Plaintiff Amber Sailer

Re:     Amber Sailer v. American Bankers Insurance Company of Florida; Cause No. 3:22-cv-02151-B - Response to Order to Show Cause

Dear Judge Boyle,

I am writing in response to the Court's Order to Show Cause dated January 11, 2024. We have contacted our client Ms. Sailer and have communicated with defense counsel today regarding mediation scheduling and the pending settlement offer.

In discussing mediation scheduling with opposing counsel April Robbins, she raised two initial concerns as excerpted below:

"Preliminary to your question, we have two initial concerns:

1. The deadline for scheduling mediation under the court's scheduling order has long passed. Selecting a mediator at this point would serve no purpose without leave of court.

2. Have you located Ms. Sailer? It was my understanding that she disappeared, and you were unable to find her. Mediation without the plaintiff in attendance would be fruitless."

While the scheduling order deadline has passed, we still believe productive mediation can occur. Defendant is correct that previously we had difficulty contacting Ms. Sailer. Now that we reestablished communication, Ms. Sailer has expressed a willingness to engage in mediation and review any offers in good faith once dates are provided.

I apologize to the Court for these prior difficulties. We remain ready to move forward with mediation if the Court will permit an extension of deadlines. We welcome the Court's guidance on how best to proceed.

                                      Respectfully Submitted,

                                      */s/ Eric B. Dick*
                                      Eric B. Dick, LL.M.
                                      Attorney-in-Charge
                                      TBN: 24064316
                                      FIN: 1082959
                                      DICK LAW FIRM, PLLC
                                      3701 Brookwoods
                                      Houston, Texas 77092
                                      (844) 447-3234 Telephone
                                      eric@dicklawfirm.com
                                      **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I certify that in accordance with the Federal Rules of Civil Procedure, I served a true and correct copy of the above on the parties of record. This service was made in a manner appropriate under the Federal Rules of Civil Procedure.

      SIGNED on January 18, 2024.

*/s/ Eric B. Dick*
Eric B. Dick
TBN: 24064316
FIN: 1082959